No. 45, Misc. SALEMI v. NEW YORK. Court of Appeals of New York. Certiorari denied. *Rudolph Stand* for petitioner. *Frank S. Hogan* and *Charles W. Manning* for respondent.

No. 46, Misc. WINSTON v. ILLINOIS. Supreme Court of Illinois. Certiorari denied.

No. 48, Misc. WEBER v. NEW JERSEY. Supreme Court of New Jersey. Certiorari denied.

No. 50, Misc. SENTERS v. RANDOLPH, WARDEN. Circuit Court of Randolph County, Illinois. Certiorari denied.

No. 52, Misc. MEEHAN v. CALIFORNIA. District Court of Appeal of California, First Appellate District. Certiorari denied.

No. 58, Misc. ROBINSON v. SMYTH, SUPERINTENDENT, VIRGINIA STATE PENITENTIARY. Supreme Court of Appeals of Virginia. Certiorari denied.

No. 59, Misc. ROOKS v. ELLIS, GENERAL MANAGER OF THE TEXAS PRISON SYSTEM. Court of Criminal Appeals of Texas. Certiorari denied.

No. 61, Misc. FOSTER v. UNITED STATES. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. *T. Emmett McKenzie* for petitioner. *Solicitor General Sobeloff, Assistant Attorney General Olney, Beatrice Rosenberg* and *Felicia Dubrovsky* for the United States.